Larry HOPE, Plaintiff–Appellant,

v.

Mark PELZER, Sergeant, Correctional Officer II, Gene McClaran, et al., Defendants–Appellees,

No. 00–12150.

United States Court of Appeals, Eleventh Circuit.

Sept. 13, 2002.

Craig Thomas Jones, Craig T. Jones, PC, Decatur, GA, for Plaintiff–Appellant.

Kim Tobias Thomas, Andrew Weldon Redd, Ellen R. Leonard, Alabama Dept. of Corrections, Montgomery, AL, for Defendants–Appellees.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before TJOFLAT and BIRCH, Circuit Judges, and VINING *, District Judge.

* Honorable Robert L. Vining, Jr., U.S. District Judge for the Northern District of Georgia,

PER CURIAM:

On 27 June 2002, the Supreme Court of the United States reversed this panel's opinion in *Hope v. Pelzer*, 240 F.3d 975 (11th Cir.2001). *See Hope v. Pelzer*, 534 U.S. 1120, 122 S.Ct. 2508, 153 L.Ed.2d 666 (2002). Pursuant to the Supreme Court's opinion, we reverse the district court's grant of the defendant prison guards' motion for summary judgment and remand the case to the district court for further proceedings consistent with the Supreme Court's opinion.

REVERSED AND REMANDED.